## Nita Bishop, Plaintiff-Appellee, v. Steve G. Iden, Defendant-Appellant.

Gen. No. 10,688.

Edgar J. Elliott, for appellant; Russell W. Keeney, and Gordon Moffett, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed December 3, 1953; released for publication December 21, 1953.